UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| HOLLY BUICY, | Civil No. 2:17-CV-1283 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF REVERSAL AND REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

It is hereby **ORDERED** that the Commissioner's final decision be **REVERSED AND REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). On remand, the Administrative Law Judge will further develop the record, including consultation of a medical expert to determine the onset date of Plaintiff's disability, and issue a new decision. Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

**DATED** this 7th day of February, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Page 1     ORDER - [2:17-CV-1283]